**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01617-CR

### OMAR SHARIE VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F06-64778-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's February 10, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record **on or before March 6, 2013**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE